UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                         )
**MANUALE H. SAKOO**                       )
                                                         )
       **Plaintiff**                               )
                                                         )
                                                         )   **Civil Action No. 18-0401 (DLF)**
       **v.**                                         )   **(ECF)**
                                                         )
**UNITED STATES CITIZENSHIP &**     )
**IMMIGRATION SERVS.**                  )
                                                         )
       **Defendant.**                          )
_____)

### MOTION TO ENLARGE TIME TO FILE DEFENDANT'S ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the United States Citizenship and Immigration Services ("Defendant" or "USCIS"), by and through the undersigned counsel, respectfully request this enlargement of time until November 20, 2018, to file Defendant's Answer or Other Response to the complaint filed by Manuale H. Sakoo ("Plaintiff"). In support hereof, Defendant states the following:

    1.    Plaintiff filed this action purportedly under the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, "seeking review of a decision by [USCIS]…automatically revoking…[a] petition to classify [Plaintiff] as the married son of a U.S. citizen." *See generally* ECF No. 1. Defendant's response to Plaintiff's complaint is now due.

    2.    Since Defendant's last request for an enlargement, it appears that Plaintiff has paid the processing fee and his application was adjudicated this week. However, it is not clear at this time whether the application was adjudicated on the merits or by default because of the delay in receipt of the required payment.

3. Thus, the undersigned respectfully requests this enlargement in order to be able to confer with Plaintiff's counsel and the Department of State's visa unit to determine how the application was adjudicated. Thus, the undersigned respectfully requests this enlargement because an administrative adjudication could moot this action and obviate the need for further litigation.

4. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented to this request. Defendant does not believe that this request prejudices the Plaintiff and could in fact inure to Plaintiff's benefit.

WHEREFORE, Defendant respectfully requests that the Court grant the requested relief. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

October 17, 2018                    Respectfully submitted,


                                    JESSIE K. LIU, D.C. Bar # 472845
                                    United States Attorney
                                    for the District of Columbia

                                    DANIEL F. VAN HORN, D.C. Bar # 924092
                                    Civil Chief

                                    By:      /s/
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 4th Street, N.W. – Civil Division
                                    Washington, D.C. 20530
                                    Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MANUALE H. SAKOO**  )<br>  )<br>    **Plaintiff**  )<br>  )<br>    v.  )<br>  )<br>**UNITED STATES CITIZENSHIP &**  )<br>**IMMIGRATION SERVS.**  )<br>  )<br>    **Defendant.**  )<br>  ) | Civil Action No. 18-0401 (DLF)<br>(ECF) |

<u>**ORDER**</u>

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 201_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Defendant shall file its Answer or Other Response to Plaintiff's complaint no later than November 20, 2018.

_____<br>HON. DABNEY L. FRIEDRICH, U.S.D.J.

DATE

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendant's Motion to Enlarge Time to be served upon Plaintiff's counsel via ECF.

                                                    /s/
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney